UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

  v.        Case No. 04-cr-216-01-SM

<u>James Tobin</u>

———

ORDER

 Re: Document No. 81, Motion for Expanded Voir Dire

 Ruling: Granted in part and denied in part.  The court will conduct voir dire in the usual course, after taking into consideration the suggested supplemental questions posed by counsel.  Limited attorney voir dire will be permitted at the side bar with regard to issues raised by any jury panel member or questions asked by the court at side bar.  Counsel may supplement their requests for supplemental voir dire by filing such requests in chambers by 8:30 a.m. on jury selection day.


             _/s/ Steven J. McAuliffe_
             Steven J. McAuliffe
             Chief District Judge

Date:  December 2, 2005

cc:  All counsel of record