UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.                    Case No. 04-cr-216-01-SM

<u>James Tobin</u>

<u>ORDER</u>

Re: Document No. 117, Assented to Motion for Protective Order

Ruling: Approved and so ordered, with one exception: this court's order does not, as paragraph 8 of the stipulation and proposed order might suggest, purport to bind future legal determinations made by other courts in other litigation. For purposes of this litigation, the NHRSC's production shall not be deemed a waiver of privileges, protections or defenses to production not encompassed by the disclosure itself.

Steven J. McAuliffe
Chief District Judge

Date: December 5, 2005

cc: All Counsel of Record