UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

     v.                    Case No. 04-cr-216-01-SM

<u>James Tobin</u>


ORDER

Re: Document No. 143, Motion for Access to and Copies of Exhibits

Ruling: Granted in part.  Following a verdict in the case the clerk shall retain the exhibits in evidence for ten (10) calendar days during which period public access for inspection and copying will be available.  Thereafter the exhibits will be processed in the usual course.


                                                Steven J. McAuliffe
                                              Chief District Judge

Date:  December 13, 2005

cc:  Andrew Levchuk, Esq.
     Nicholas Marsh, Esq.
     Lily Chinn, Esq.
     Dane Butswinkas, Esq.
     Tobin Romero, Esq.
     Bradley Bondi, Esq.
     Dennis Black, Esq.
     Brian Tucker, Esq.
     Steven Gordon, Esq.